IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| TOTAL MEDICAL SUPPLY, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO.  5:24-CV-189-RWS |
| MICHAEL CHRISTIAN, | § § § | |
| Defendant. | § | |

### ORDER

Before the Court is the parties' Joint Motion to Stay All Deadlines and Notice of Settlement. Docket No. 31. The parties represent that all matters in controversy have been resolved in principle and request this case be stayed for 30 days so that the appropriate dismissal papers may be submitted. *Id.* Having reviewed the motion, the Court finds that it should be **GRANTED**. Accordingly, it is

**ORDERED** that all deadlines in the above-captioned case are **STAYED** for a period of 30 days. If the matter has not been dismissed before the expiration of the stay, the parties are

**ORDERED** to meet and confer and file a joint status update.

**So ORDERED and SIGNED this 14th day of August, 2025.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE